**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 5, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00843-CV

## IN RE ROBERT MCBRIDE, INDEPENDENT EXECUTOR OF THE ESTATE OF GLENNA I. BARTH, DECEASED, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-0072416**

## MEMORANDUM OPINION

On September 26, 2013, relator Robert McBride, Independent Executor of the Estate of Glenna I. Barth, Deceased, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Kimberly Sullivan,

presiding judge of the Probate Court of Galveston County, to vacate an order dated May 30, 2013, granting a motion to consolidate and transfer.

Relator has not established that he is entitled to the extraordinary relief of mandamus. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.